| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>RAFAEL AVILA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-po-00022-MJS |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR SENTENCING; ORDER** |
| vs. | ) | Hon. Michael J. Seng |
| RAFAEL AVILA, | ) | Date: October 18, 2017<br>Time: 10:00 a.m. |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Rafael Avila, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the October 18, 2017 hearing and that he be allowed to appear by video from the United States District Court in Los Angeles, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Avila to appear by video for plea and sentencing.

Mr. Avila currently resides in Los Angeles and is attending the Los Angeles Southwest College. As a student, Mr. Avila has limited means to travel to Yosemite. Nonetheless, the parties have reached a resolution and are prepared to go forward with plea and sentencing on October 18, 2017 at 10 a.m. Accordingly, Mr. Avila respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the

United States District Court in Los Angeles, California, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
RAFAEL AVILA

**O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the October 18, 2017 change-of-plea hearing in Case No. 6:17-po-00022-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Los Angeles, California, and submits a fully executed written plea agreement two days prior to the hearing.

IT IS SO ORDERED.

Dated: October 12, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE