1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RAFAEL A. AVILA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No. 6:17-po-00022-JDP

12 |         Plaintiff,              | **MOTION TO DISMISS; ORDER**

13 | vs.                             |

14 | RAFAEL A. AVILA,                |

15 |         Defendant.              |

16

17       Defendant Rafael A. Avila hereby files this motion to dismiss pursuant to 18 U.S.C.

18 § 3607(a). The Government does not oppose this request.

19       On October 18, 2017, Mr. Avila plead guilty to possession of a controlled substance in

20 violation of 36 CFR 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr.

21 Avila a deferred entry of judgment under 18 U.S.C. § 3607(a). On September 7, 2018 the Court

22 vacated Mr. Avila's review hearing because he had fully complied with the terms of his probation.

23 Mr. Avila's probation expired on October 18, 2018.

24       Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has

25 not violated a condition of his probation, the court shall, without entering a judgment of conviction,

26 dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. §

27 3607(a). Here, Mr. Avila's term of probation has expired, and he did not violate any condition of

28 his probation. Accordingly, Mr. Avila requests that the Court, without entering a judgment of

conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 7, 2018              */s/ Hope Alley*
                                    HOPE ALLEY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RAFAEL A. AVILA

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Avila in *United States v. Avila*, Case No. 6:17-po-00022.

IT IS SO ORDERED.

Dated:   November 9, 2018           _____
                                    UNITED STATES MAGISTRATE JUDGE